132 P.3d 1248

# SUPREME COURT OF HAWAIʻI

State v. Hebert . . . . . . . . . . . . . . . . . . 25754      04/07/2006  Denied      110 Hawaiʻi 284, 132 P.3d 852

State v. Hee Sung Yoo . . . . . . . . . . . 26567      03/28/2006  Denied      110 Hawaiʻi 145, 129 P.3d 1173